239 F.2d 645
 INTERNATIONAL LADIES' GARMENT WORKERS' UNION AFL et al.
v.
SEAMPRUFE Incorporated et al.
 No. 5282.
 United States Court of Appeals Tenth Circuit.
 Aug. 17, 1956.
 
 Mullinax & Wells, Dallas, Tex., and Gene Stipe, McAlester, Okl., for appellants.
 C. H. Baskin, Holdenville, Okl., Stevenson, Huser & Huser, Holdenville, Okl., and Mueller & Mueller, Fort Worth, Tex., for appellees.
 Before BRATTON, Chief Judge.
 
 
 1
 Appeal dismissed on motion of appellants. D.C., 130 F.Supp. 737.